IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sweis, Tareq | Case Number: 05 B 11461 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 01/06/09 | Filed: 3/29/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 31, 2008
Confirmed: June 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,396.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 10,789.62 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 606.38 |
| Other Funds: | | 0.00 |
| Totals: | 11,396.00 | 11,396.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 2. | Citizens Bank | Secured | 0.00 | 0.00 |
| 3. | American Express Centurion | Unsecured | 1,102.52 | 1,185.89 |
| 4. | American Express | Unsecured | 225.55 | 242.76 |
| 5. | ECast Settlement Corp | Unsecured | 1,571.65 | 1,690.48 |
| 6. | Discover Financial Services | Unsecured | 1,587.10 | 1,707.16 |
| 7. | ECast Settlement Corp | Unsecured | 809.98 | 871.20 |
| 8. | ECast Settlement Corp | Unsecured | 2,160.75 | 2,324.15 |
| 9. | Resurgent Capital Services | Unsecured | 513.44 | 552.46 |
| 10. | ECast Settlement Corp | Unsecured | 54.42 | 58.56 |
| 11. | United States Dept Of Education | Unsecured | 1,644.52 | 1,768.89 |
| 12. | ECast Settlement Corp | Unsecured | 360.62 | 388.07 |
| 13. | LaSalle Bank NA | Secured | | No Claim Filed |
| 14. | Dearborn Wholesale Grocers | Unsecured | | No Claim Filed |
| 15. | Citi Cards | Unsecured | | No Claim Filed |
| 16. | Charter One Bank | Unsecured | | No Claim Filed |
| | | | $ 10,030.55 | $ 10,789.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sweis, Tareq | Case Number: 05 B 11461 |
| | Judge: Squires, John H |
| Printed: 01/06/09 | Filed: 3/29/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 37.81 |
| 5.5% | 129.78 |
| 5% | 37.51 |
| 4.8% | 63.19 |
| 5.4% | 167.10 |
| 6.5% | 101.60 |
| 6.6% | 69.39 |
| | $ 606.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

